UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX RAMIREZ,                    )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>    v.                            )<br>                                  )<br>SEARS ROEBUCK AND CO., etc.,      )<br>et al.,                           )<br>                                  )<br>            Defendant             )<br>_____) | 1:06-CV-433 OWW SMS<br><br><br>ORDER DISMISSING ACTION |

    Pursuant to the stipulation of the parties, the action pending in the Fresno division of the court is ordered dismissed.


Dated: May 25, 2006                    /s/ OLIVER W. WANGER
                                       _____
                                       OLIVER W. WANGER
                                       United States District Judge

1